# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS BERRIOS,**

                **Plaintiff,**

**-vs-**                                                                             **Case No. 6:09-cv-789-Orl-22DAB**

**COUNTRYWIDE HOME LOANS, INC.,**

                **Defendant.**

_____

## ORDER

This cause is before the Court on the Renewed Joint Motion for Approval of Settlement (Doc. No. 23) filed on December 3, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 25), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 11, 2009 (Doc. No. 24) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement (Doc. No. 23) is GRANTED. The Court finds that the settlement in the amount of $11,100 to Plaintiff for unpaid

wages and liquidated damages, and $5,000 for attorney's fees is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act issues.

    3.    This case is DISMISSED WITH PREJUDICE.

    4.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 15, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge